**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Casey Mae Sandlin and Steven Daniel Gilstrap,
Defendants,

Of whom Steven Daniel Gilstrap is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2018-000657

———————————

Appeal From Greenville County
Thomas T. Hodges, Family Court Judge

———————————

Unpublished Opinion No. 2018-UP-421
Submitted October 15, 2018 – Filed November 5, 2018

———————————

**AFFIRMED**

———————————

Dustin Christian Davis, of Dustin C. Davis Attorney at
Law, LLC, of Greenville, for Appellant.

Amanda B. Stiles, of the South Carolina Department of
Social Services, of Greenville, for Respondent.

Robert A. Clark, of Greenville, for the Guardian ad Litem.

_____

**PER CURIAM:**  Steven Daniel Gilstrap appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Gilstrap's counsel.

**AFFIRMED.**[1]

**HUFF, SHORT, and WILLIAMS, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.